IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION



PHILLIP BRYANT,

    Petitioner

v.                                        CRIMINAL NO. 4:12-CR-29

UNITED STATES OF AMERICA,

    Respondent.

## OPINION AND ORDER

This matter comes before the Court upon Phillip Bryant's ("Petitioner") Motion for Transcript. ECF No. 58. For the reasons set forth herein, the Court **DENIES** Petitioner's Motion.

On January 29, 2013, Petitioner pled guilty before the undersigned to three counts of Murder in Aid of Racketeering Activity in violation of 18 U.S.C. § 1959(a)(1). The Court sentenced Petitioner to three concurrent life sentences, five years supervised release, a total special assessment of $300.00, and $1,257.00 in restitution on May 7, 2013.

Petitioner vaguely references "a number of Surpreme [sic] Court desisicions [sic] which appear to Provide Petitioner with a credible claim on § 2255." Therefore, he requests the certified transcript of his sentencing hearing so that he "May Meaningfully Prepare his motion under § 2255." Petitioner is not entitled to that transcript.

Longstanding precedents hold that a prisoner seeking free copies of records in a criminal case must show a particularized need for such records. See, e.g., Jones v. Superintendent, Virginia State Farm, 460 F.2d 150, 152-53 (4th Cir. 1972), cert. denied 410 U.S. 944 (1973); United States v. Glass, 317 F.2d 200, 202 (4th Cir. 1963) ("An indigent is not entitled to a

transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw."). Petitioner's desire to meaningfully prepare a 28 U.S.C. § 2255 Motion fails to satisfy that burden.

For the foregoing reasons, the Court **DENIES** Petitioner's Motion for Transcript. ECF No. 58.

The Clerk is **DIRECTED** to forward a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

/s/
Robert G. Doumar
Senior United States District Judge
UNITED STATES DISTRICT JUDGE

Newport News, VA
February __/2014